UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KINNARD HAYWOOD,

    Plaintiff,

v.                                        CASE NO.  3:16-cv-930-J-34JBT

NORTHEAST FLORIDA STATE
HOSPITAL, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION[1]

**THIS CAUSE** is before the Court on Plaintiff's Affidavit of Indigency, which the Court construes as a Motion to Proceed *In Forma Pauperis* ("Motion") (Doc. 2).  For the reasons stated herein, the undersigned respectfully **RECOMMENDS** that the Motion be **DENIED** and the case be **DISMISSED without prejudice**.

In its prior Order (Doc. 6), the Court took the Motion under advisement and stated that Plaintiff's Complaint (Doc. 1) was deficient in several respects.  In general, the Complaint did not contain sufficient factual allegations to state a claim on which relief may be granted, and it was technically deficient.  (*See* Doc. 6.)

---

[1] "Within 14 days after being served with a copy of [this Report and Recommendation], a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2).  "A party may respond to another party's objections within 14 days after being served with a copy." *Id.*  A party's failure to serve and file specific objections to the proposed findings and recommendations alters the scope of review by the District Judge and the United States Court of Appeals for the Eleventh Circuit, including waiver of the right to challenge anything to which no specific objection was made.  *See* Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(B); 11th Cir. R. 3-1; Local Rule 6.02.

Therefore, Plaintiff was ordered to "file an amended complaint in compliance with [the prior] Order" on or before September 22, 2016. (*Id.* at 5.) Plaintiff was cautioned that if he "fails to do so, the undersigned may recommend that the District Judge deny the Motion and/or dismiss this action." (*Id.*)

To date, Plaintiff has not filed an amended complaint. For this reason, and the reasons stated in the prior Order, the undersigned recommends that this case be dismissed for Plaintiff's failure to state a claim on which relief may be granted and failure to prosecute.[2]

Accordingly, it is respectfully **RECOMMENDED** that:

1. The Motion (**Doc. 2**) be **DENIED**.

2. The case be **DISMISSED without prejudice**.

3. The Clerk of Court be directed to terminate any pending motions and close the file.

**DONE AND ENTERED** at Jacksonville, Florida, on October 4, 2016.

JOEL B. TOOMEY
United States Magistrate Judge

---

[2] After the prior Order was mailed to Plaintiff, he filed a Notice of Change of Address. (Doc. 7.) It appears from the docket that he did not initially receive the prior Order. However, it was re-mailed to Plaintiff's new address on September 1, 2016, and there is no indication that he did not receive it. Thus, Plaintiff has now had over thirty days since the prior Order was re-mailed to file an amended complaint.

Copies to:

The Honorable Marcia Morales Howard
United States District Judge

Pro Se Plaintiff